EDWARD J. FLYNN v. JOHN R. CONNOR.

September 20, 1976. Petition for certification denied.

CORRINE DOWNEY v. CINCINNATI MAINTENANCE CO.

September 20, 1976. Petition for certification denied.

NASSAU EAST, INC. v.
BD. OF ADJUSTMENT OF THE BORO. OF PRINCETON.

September 20, 1976. Petition for certification denied.

MILDRED B. RAY v.
ELIZABETH BIO-CHEMICAL LABORATORY.

September 20, 1976. Petition for certification denied.

LAMB ASSOCIATES v. SOUTH BRUNSWICK TWP. COMM.
IN THE COUNTY OF MIDDLESEX.

September 20, 1976. Petition for certification denied.

CONCETTA ALFONE v. ANTHONY SARNO, M.D.

September 20, 1976. Petition for certification denied.